1 shall be imposed only upon the creditor required to make disclosure"), § 1641 ("any civil action for a violation . . . which may be brought against a creditor may be maintained against any assignee of such creditor only if the violation for which such action . . . is apparent on the face of the disclosure statement"). CRC, the trustee, is neither a creditor nor the assignee. See Mot. at 11.

The TILA and RESPA claims therefore fail to state a claim.

**IV. CONCLUSION**

For the foregoing reasons, the Court DISMISSES the federal claims, DECLINES to exercise jurisdiction over the remaining state court claims, and REMANDS the case to state court.

**IT IS SO ORDERED.**

Dated: February 22, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE