IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES and MASUMI HARGIS,<br><br>    Plaintiffs,<br><br>  v.<br><br>WASHINGTON MUTUAL BANK, et al.,<br><br>    Defendants.<br>_____/ | No. C 10-02341 CRB<br><br>**JUDGMENT** |

    The Court, having granted Defendants' Motion to Dismiss as to the federal causes of action, hereby enters judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: February 22, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\2341\judgment.wpd